Malissa Robinson *et al.,* Appellants, v. John  Capehart
*et al.,* Appellees.

Appeal from Circuit Court, Jackson county; Charles
B. Parkhill, Judge.

*J. M. Calhoun,* for Appellants.

*D. L. McKinnon,* for Appellees.

The bill in this cause was filed by the appellees against the appellants. There was decree for the complainants and the defendants appeal. Dismissed on motion of counsel for the appellees.